Submitted on record and appellant's brief June 16, affirmed as modified July 14, 1980

In the Matter of the Marriage of
KINDLE,
*Appellant,*
*and*
KINDLE,
*Respondent.*

(No. 78-697 E, CA 16002)

613 P2d 506

Neal G. Buchanan, Klamath Falls, filed the brief for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

## PER CURIAM.

Wife appeals a decree of dissolution contending the property division was inequitable. She also asks for restoration of her former name. We concur in the property division decreed by the court. The decree is modified to restore wife's former name of "Nicolle." ORS 107.105(1)(g).

Affirmed as modified. No costs to either party.